UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROL DE CASAL | )<br>)<br>) |
| Plaintiff, | )<br>) NO. 3:14-cv-2000 |
| v. | ) JUDGE CRENSHAW<br>) |
| NATIONSTAR MORTGAGE, LLC, et al. | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 49) to which no Objections have been filed. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Plaintiff's claims against "Rhonda Bundy as Trustee for Mortgage Electronic Registration Systems, Inc. as Nominee for Primary Residential Mortgage Inc." and any "John Doe" Defendants are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE